The Honorable, the United States Court of Appeals for the First Circuit is now in session. All persons having any business before this Honorable Court may give their attendance, and they shall be heard. God save the United States of America and this Honorable Court. Today's cases will be called as previously announced, and the times will be as allotted to counsel. The first case today is United States v. José Vazquez-Rosario, Appeal Number 20-1087. Attorney Velez, please introduce yourself for the record and proceed with your argument. Good morning. May it please the Court, Attorney José Velez for Defendant Appellant. On December 19th of 2018, a grand jury indicted Defendant Appellant for false impersonation of an FBI agent in violation of 18 United States Code, Section 912. Jury trial took place on August 15th of 2019. During its case in chief, the government presented the testimony of three officers and one FBI agent. At trial, Defendant Appellant testified on his own behalf. Defendant was found guilty of the sole count in the indictment. By November 13, 2019, Defendant Appellant was sentenced to serve six months of imprisonment. By November 25th of 2019, Defendant Appellant filed a motion for November 26, 2019, ordered the government to respond to Defendant's Appellant motion by no later than December 6, 2019, and on that same day, the government filed its response in opposition. The District Court denied Defendant Appellant's reconsideration motion on December 26th of 2019, and on December 31st, 2019, Defendant Appellant filed his notice of now. Concerning the timeliness of the appeal in this case, the government argues that motions for reconsideration of a sentence do not tell the 14-day period to file a notice of appeal, and cites U.S. v. Gonzales 777 F3rd 37 for the proposition that self-styled motions for reconsiderations of sentence unmoored in the rules do not extend the time for an appeal. However, in this case, this Court should consider then that when the District Court ordered the government to respond to Defendant Appellant's motion for reconsideration, it enlarged the time to file the notice of appeal by as much as 30 days from the end of the original date period and on pursuant to Federal Rule of Appellate Procedure 4B, as in Bravo 4. As a result, Defendant Appellant's time to appeal retroactively extended until January 6, 2020, and Defendant Appellant filed his notice of appeal on December 31, 2019. Given the short time sequence of events between the judgment, Defendant Appellant's motion for reconsideration, the government's response, the Appellant's reply, and the Court's order, this Court should conclude that the period of time for Defendant to file his notice of appeal was extended and thus filed in a timely fashion. Concerning the first issue in this matter, the insufficiency of the evidence, Defendant Appellant concedes that no Rule 29 motion challenging the sufficiency was filed before the District Court. However, this Court may review non-preserved issues. Although the Appellant acknowledges that because Defendant Appellant forfeited such benefit, his conviction nevertheless works a clear and gross injustice. Defendant Appellant's conviction requires reversal given the egregious misapplication of legal principles, specifically the intent to defraud element. Counsel, isn't that a matter that's been squarely addressed by every other circuit to address that issue? You're asking us to take a different position, correct, from all the other circuits? We are asking the First Circuit to take the position of the 3rd, the 8th, the 11th, and the DC circuits, which in essence have established that the intent to defraud permeates both portions of the statute, the assuming and pretending, and the acting as such, and the demanding or obtaining, that is, the intent to defraud is coupled with the both portions of the statute. After Congress eliminated the intent to defraud as a formal element of the Section 1912 in response to U.S. v. Leopold, which most of the circuits have addressed the issue, whether Congress actually intended to remove the intent to defraud from Section 912. Before this Court's consideration is the issue whether the government in a Section 1912 must plead and prove the intent to defraud. Again, the 3rd, the 8th, the 11th, and the DC circuit. How is it clear it wasn't proved? Uh, excuse me, Your Honor. How is it clear that it wasn't proved here? In this particular case, Defendant Appellant did not obtain any sort of... No, no, on the as such problem. The two offenses are as such and then to obtain. Do you disagree with that? The two offenses are acted as such and obtain a thing of value. Yeah, so under the as such, you don't have to prove obtain a thing of value. Well, our argument before this Court is that as such, acted as such, includes the intent to defraud. Yeah, under the as such, how was there a clear failure to prove intent to defraud? I'm not following the question, Your Honor. In this case, your client was convicted under the as such offense. That is correct. Okay, you say in order to prove that, they would have had to prove an intent to defraud. Correct. And you say that it's on a gross miscarriage of justice standard, right? Correct, I can see that. So, my question is, how on this record is it clear that there was no proof of an intent to defraud? My answer to that question, Your Honor, is through the evidence that was put forth by the government in the government's case in chief. The defendant in this case took the stand. He testified on his own behalf. And again, we emphasize the fact that there was no intent to defraud on his behalf and he did not obtain anything of value. But I don't, let's just stay in the point. I guess I'm just trying to say, what in the evidence suggests that if, was there evidence that he, was it clear that there was no evidence that he acted as a police officer, as an FBI agent? That clear? It was clear that he was, it was clear that he was, he was working as an FBI agent, not. Was it clear that no juror could reasonably find that he was not saying that he was acting as a police officer, as an FBI agent? Our position is that that is correct. That is accurate. Okay, well then we don't, if that's true, we don't get to the intent to defraud issue. You only get to the intent to defraud issue, I think, if at least it was sufficient to show that he said he was an FBI agent. If it wasn't even sufficient to that, we don't have to worry about it. Well, I stand, let me, let me rephrase. It was, there was evidence that he was, that, that he was. The intent to defraud point that you're making, we have to take it that a juror could reasonably find he was presenting himself as an FBI agent. He was not presenting, he was, he was, he was working as an FBI agent. Not as an agent, I thought he was not, he was not as an informant. So he's saying if you're an informant, you're not an agent. Am I correct? Well, that's the government's position. The position of the defendant is, hey, at that time, I was still conveying information to the agents. I was still providing information via text. I was given email by the agent to send information. So was he an employee of a federal agency? No, but he was. That's true. We don't get to the intent to defraud issue. If you're right about that, the intent to defraud issue never comes up. So your intent to defraud issue only matters if a juror could find he was passing himself off as an FBI agent when he wasn't. That, that, that is correct. That would go to weight of the evidence and credibility. He testified, the government officers testified, that's why we have a jury. So where's the issue there? Because it's evidence and credibility. Again, based on the language of the statute, there seems to be a position from the government that the two portions of the statute, the acted as such, and obtaining a thing of value, they're separate. Our contention is that based on the Leopold Witch case, the element of the intent to defraud permeates the whole statute. Last time I'll ask, for purposes of your intent to defraud argument, I think the argument is, even assuming a juror could find he presented himself as an FBI agent when he wasn't, he did not then act as such with an intent to defraud anyone. Correct? That's your argument? That is correct. Okay, so tell me what in the evidence is lacking once we know a juror could find in this incident he represented himself as an FBI agent when he told people he was an FBI agent for the purpose of them responding to him as if he was. So where is the lacking intent to defraud? I'm not following the argument. There was, he, based on the defendant's actions at that time, there was no intention on his behalf to obtain anything, any benefit, anything of value concerning the fact that he was saying to the officers, I am, I am, I work for the FBI. I am, I cooperate with the FBI. Other than that, he was not, he was not looking for the, for the, for the. Counsel, so your, your position is not as Judge Barron has posited or as the government has argued that the statute can be violated in two different ways. Your position is that it is an essential element that he obtain or demand a thing of value, correct? That is correct. It permeates the whole statute. That is correct. That is correct. Just so I'm clear, the intent to defraud, you say permeate. Are you saying that the obtained value permeates also? No, no. Merely the intent to defraud. The intent to defraud. That's, that's the only element that it has been removed after the U.S. Leopold Witch case. Some courts have established that it's just surplusage. It's not, it's not necessary that the statute defines specifically the intent to defraud. However, Counsel, I just want to make sure I understood your brief. If the government did not prove that he demanded or obtained a thing of value, could there still be a conviction? We stand by the proposition that there's missing an element of the offense. Therefore, what element is missing? The intent to defraud element. Okay. The intent to defraud element. Counsel, let me also ask you, when he was stopped, this is in 2018, the FBI had rescinded his so he wasn't even providing information at that time. He had no relationship with the FBI. Am I correct? Well, that was the evidence that was rendered before the jury. And concerning that question, I addressed the second issue, which was the fact that the district court prevented him from being able to bring witnesses, specifically government witnesses for his own defense, which is the TOWI request. First of all, defendant, defendant appellant agrees with the government that the proposed standard of review in this matter is abuse of discretion. Defendant appellant had to at least demonstrate that the testimony of this witnesses were relevant, were admissible, and were specific. Contrary to the government's assertion in his TOWI request, the letter was very specific. It mentioned the intention to bring the government's official to establish the court and to the jury the kind of work that defendant appellant had been providing to the FBI and the Department of Justice to establish that defendant appellant was indeed an FBI informant, even with, had a code name assigned to him. All of the, all of them would have rendered information concerning that defendant appellant had an active participation as an informant for the FBI and in parallel fashion for the U.S. Attorney's Office. And lastly, they would have a vendor testimony undoubtedly to establish that defendant appellant did work for the FBI. So from Judge, Judge Helpe, follow up. Judge Barron, thank you, counsel. Thank you, your honors. If you would mute your audio and your camera, Mr. Basosa, we'll hear from you. Please proceed. Good morning, your honors. May it please the court. Francisco Basosa Martinez for the United States. Your honors, there are three obstacles that prevent this court from going into the merits of this case. Number one, an untimely notice of appeal for which the appellant has not moved to enlarge the 14 day period and the claim processing rule requiring dismissal on these of the government. As to motions for reconsideration, whether or not the court asked or ordered, rather, the government to respond does not, does not become an implicit enlargement of that date. And so it's the government's position that it should be dismissed as untimely because of the untimely notice of appeal. Number two, there was no Rule 29 motion below. In fact, at one point he said he would not be arguing under Rule 29, thereby abandoning and waiving it. Number three, even if it was forfeiture, he would still be subject to the plain, to the clear and gross injustice standard on appeal, a standard he does not mention or address in his opening brief. Looking past all that, Rosario's sufficiency claim cannot overcome the clear and gross injustice standard. Let me ask you, when the jury instructions were given, the element, there was no instruction as to it has to be something of value in exchange. That object, those jury instructions were not objected to. There was no claim that, because counsel, counsel is arguing that the jury had to find this also, but nobody, the counsel below, and I know it's a different counsel, did not even object to that. So does that also, I assume it plays in the government's favor also, am I correct? For clearing, with the standard of review? Correct, Your Honor, because he was not charged with the thing of value modality of the offense, but rather the act as such. What was the evidence of the as such being satisfied here, beyond the fact that he I take it under the as such form, it's not enough to simply say you're an FBI agent to be guilty of it. You have to then act as such, correct? Correct, Your Honor, and in this case, what was the, what's the evidence of the acting as such if it's not to obtain a thing of value? Your Honors, in this case, he In this case, he said that he was an FBI agent investigating, that investigated police corruption. He said there's two police officers. He then told them that he wanted to take down their names to open an investigation on them. This is an affirmative act in his, but that's just the representation itself. In other words, suppose he goes into a coffee shop, he sees two police officers, walks up to him and says, I'm an FBI agent, I'm investigating police corruption. Has he committed a crime? No. Okay, so what did he do here? What did he do here beyond that, that satisfies the as such requirement? What is the evidence that would permit a jury to conclude he did more than simply say to police officers that he was an FBI agent? Well, he said more because he, as I was mentioning, he wanted to take down their names to open an investigation on them. He said, he said what to them? He said he wanted to investigate them? Take down their names to have an investigation. And, and that would be just in my coffee shop example, if he had said that same thing to two police officers in the coffee shop, that would be a crime also. It's an exercise in his perceived authority as an FBI agent. It's a, so if he were to say that in the coffee shop, possibly it's a much closer question there, but in this case, taking into consideration the totality of the circumstances, what are, what are they that's relevant in the government's view that makes the as such thing satisfied here? If we look at the entire, entire record in its totality, we see that he began by saying that he was an FBI agent and he dared, dared the police officers to have their supervisor come down, have open investigation on them. And so this is not merely a case of just saying, you're a police officer carrying out your usual duties that an official police officer, that a, that a FBI agent does, but rather it's a very, he's trying to say, I'm an officer, I'm FBI agent, I'm going to open an investigation. And, you know, you, you guys are messing around with, with myself, with the driver of the car, you should just let us go. And are you saying that that is the benefit that simply nothing's going to happen? Let, let, let us go. Am I correct? Is that a benefit or something of value? Correct, your honor. Yes. I thought you were not relying on the thing of value point. But we're not relying on it because that wasn't what we charged, but there is evidence as to, as to that. There is a certain, yes, there is a certain value to get out of a speeding ticket. Sure. He was trying to get out of his own speeding ticket. I'm just trying to get the government's theory of the case as to what the, what is the requirement that you have to prove, to prove the as such element? In this case, what the government charged is that he sought to, um, sought to deceive the police officers into abandoning their duties. And the evidence of that is the context in which he made these representations about how he wanted them investigated. Correct, your honor. What he wanted with this was, um, to have the police officers follow a certain course of conduct they would have not, but for his misrepresentation. That was the theory the government was presenting to the jury, your honors. Okay. Counsel, let me ask you, there's no, I can't, I was looking at the record. I don't see anywhere that, uh, counsel below for the defense at the outset of the case or in a trial actually, uh, requested, you know, or the judge or brought the theory that it was something of value and theory was basically, you know, it's, it's an FBI agent. Am I correct? Because counsel is now arguing that you have to look at both prongs as, as a single offense. You have to prove both, but counsel below never requested that. Am I correct? Correct, your honor. And that's they, they are two separate, um, modalities of the offense. You're either charged with act as such or you're charged with obtaining with the thing of value. And that thing of value itself is split into two. You can either demand the thing of value or obtain a thing of value. Okay. But, but in the court below the district judge, the U S attorney, the assistant U.S attorney and the defense attorney who was not counsel on bill, everybody was in agreement that this case is a such modality case and that's it. And that's how we got tried on appeal. That's where council medical oil is injecting. It's not only a search, you have to raise this, but it is something that never was even mentioned below. Correct? Correct. Your honor. It wasn't, this was never, um, an issue below. And so, and so on that, we would say that the, that the record, um, overwhelmingly shows that there was sufficient evidence for this conviction to stand. Briefly as to the two issue, there was, as the government mentioned, no specificity in his request. There was no individual summary of what each one of the potential witnesses he wanted the government to furnish would be testifying to timeframes or matters discussed. And, and in fact, if he had given some, some degree of specificity, it would have been clearly shown that there was no relevance to it. Why? Because all of this would have predated the day of the event. And because it's not relevant, it's inadmissible. Counsel, let me, let me also ask you the judge below, regardless of Tui and, and, and having being a district judge, when things to eat issues come and the government raises to a regulation, you can't subpoena the witness or the court can order district judges regularly say, no, I don't care. Bring the witness. I'm worrying. It's the court ordering the witness. Forget the, the, the, the Tui subpoena. So that, that was not requested either for the judge, regardless of the Tui to bring in those witnesses. Correct. Correct. Your honor. And in fact, this was a motion filed the two days, two days before the Sunday, Sunday, late at night before trial was set to begin. Can you just go back to the timeliness issue? I just want to understand what, what the government's view of what should have happened is the motion for reconsideration is filed and the district court asks for a response from the government. If the 14 day clock would run out prior to that response being filed, is the appellant at that point, as a defendant at that point, supposed to file the notice of a response? So exactly what's supposed to happen in that circumstance? Your honor, the traditional, for lack of a better word, way for this to have happened was at the time he filed his notice of appeal, he should have filed a motion to enlarge the deadline. And in fact, this is a motion that he could have filed even after the deadline, because it can be retroactively enlarged. But is there a way to just understand that as happening given what the district court did? The district court didn't seem concerned about any deadline since it was asking for a response on a motion that was pending. The court was a little bit formal to say that he needed to file the motion to enlarge when he's waiting for the response that's been ordered by the district court itself. The court wasn't preoccupied with the issue of time because, precisely because that was already a matter resolved in the judgment. This motion for reconsideration is a post-event. The motion for reconsideration was filed within the 14 day window, wasn't it? Yes, correct, your honor. Yeah, so while that clock is running, the district court, instead of denying it or anything like that, during that time period, asked for a response. How long did the district court give the government to respond to the motion? The precise time, your honor, I believe, I don't recall at this very moment. However... He didn't order the response to come in within the 14 day window, did he? The district court? I don't... The response, was the response filed after the 14 day window had passed? I don't recall, your honor. I believe it was filed after, but I'm not 100% sure. After the 14 day window? Yes. Yes, I believe... The district court wasn't demanding everything be in before the 14 day window ran? Correct, your honor. And let me add, counsel, this is also a reconsideration of a sentence, which technically, there is a case law from the circuit that there's no jurisdiction to revisit a sentence once it's imposed. So that's what the motion is asking. Change the sentence to sentence of probation, correct? Correct, your honor. And it's, in a way, similar to how, for instance, when the government moves to dismiss an appeal before this court, what does it do? It jointly files a motion to extend time to file the brief to give the court time to consider its motion to dismiss. And so that's what should have happened here. At least he should have, with the motion to reconsideration, which was filed within the 14 days, he could have filed jointly a motion to enlarge the time to appeal. But in any case, the statute only gives the court authority to extend it up to 30 days. And so he would have 44 days total. There's nothing to suggest that a motion for reconsideration will or will not be decided within those 44 days. Was he within the 44 days? Here? Yes. No, no, it's an appeal, yes. And counsel, let me ask, could the court, because I've seen it happen before, there's an appeal that's pending. Could this court of appeals simply ask the district court, let us know within the next 10 days if you would rent those 30 days retroactively, because the rule allows for that. We could still do that, correct? Yes, yes, you could. And that cures any jurisdictional defects in the appellate process, correct? Yes, it would, Your Honor. Thank you. Thank you, counsel. That concludes argument in this case. Attorney Velez and Attorney Basoso, you should disconnect from the hearing at this time.